UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-00175-RJC

| | |
|---|---|
| DAVID MICHAEL DOWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** comes before the Court on Defendant's Consent Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g). (DE 14). Defendant seeks a judgment remanding this case for further administrative proceedings. Plaintiff's counsel has indicated that he does not oppose Defendant's Motion for Remand.

**IT IS, THEREFORE, ORDERED** that Defendant's motion for remand is **GRANTED**.

**IT IS FUTHER ORDERED** that Plaintiff's motion for summary judgment, (DE 11), is **DENIED as moot**.

The Clerk is directed to close this case.

Signed: October 27, 2021

Robert J. Conrad, Jr.
United States District Judge